# United States Court of Appeals
## For the First Circuit

No. 24-1616

EDER ANIBAL CANO-GUTIERREZ,

Petitioner,

v.

PAMELA J. BONDI, United States Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on July 24, 2025, is amended as follows:

On page 3, line 3, replace "threatened" with "threaten".